SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

        2. Case Administrator

FROM:    Financial Administrator

DATE: 4-8-2015

CASE NAME: Weinberg

CASE NUMBER: 12-24930

Check Number 935397 in the amount of $ 1060.00 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 9604          Intake Clerk's Initials LWF

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE
04/07/2015

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: JAY J WEINBERG

Case No: 1224930

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case, reference above.
These funds are owned by the following debtor(s). The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Jay J Weinberg
1360 Hedy Lynn Drive
Irwin, PA 15642

CHECK NUMBER 935397       AMOUNT $1060.00

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: BRIAN P CAVANAUGH ESQ
JAY J WEINBERG