**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2014 JAN 6 P 1:32
CLERK
U.S. BANKRUPTCY
COURT - PGH

| | |
|---|---|
| In re:<br>Charles W. Plume a/k/a Bill Plume and<br>Chelle M. Plume<br>      Debtors<br><br>Seterus, Inc., Servicer for Federal National<br>Mortgage Association, its Successors or Assigns<br>      Movant<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>Charles W. Plume a/k/a Bill Plume and<br>Chelle M. Plume<br>      Respondents | Chapter 13<br><br>Bankruptcy No. 08-23547 GLT<br><br>Related Documents: 76, 99<br><br><br><br>Rel to 107 |

**ORDER**

AND NOW this __6th__ day of __January__, 20__14__, upon consideration of the Motion to Release Funds From Court Registry, and any other response thereto, it is hereby ORDERED as follows:

The Clerk of Court for the Western District of Pennsylvania shall issue a check in the amount of $3,136.92, payable to Seterus, Inc., Servicer for Federal National Mortgage Association, its Successors or Assigns; and

The check shall be delivered to Celine P. DerKrikorian, McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109.

The hearing set for January 22, 2014 is hereby cancelled.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge